CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| 1. CIR./DIST./DIV. CODE  0090 | 2. PERSON REPRESENTED  ZACHARY REHL | | VOUCHER NUMBER  0090.1546894 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  1:21-CR-00175-3-TJK | 5. APPEALS DKT./DEF. NUMBER  22-3091 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)  USA v. NORDEAN et al | 8. PAYMENT CATEGORY  Felony (including pre-trial diversion of alleged felony) | 9. TYPE PERSON REPRESENTED  Adult Defendant | 10. REPRESENTATION TYPE  Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1752.P,18:371.F

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED    *(Describe briefly)*
Trial

13. PROCEEDING TO BE TRANSCRIBED    *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)*

Trial proceedings - reporter Lisa Edwards - nunc pro tunc to 2/28/23

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned    0 % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day    ☐ Expedited    ☐ 3-Day    ☒ Daily    ☐ Hourly Transcript    ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement    ☒ Prosecution Argument    ☒ Prosecution Rebuttal
   ☐ Defense Opening Statement    ☒ Defense Argument    ☐ Voir Dire    ☒ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Carmen D. Hernandez /S/       04/07/2023 01:37:18
Signature of Attorney             Date
Carmen D. Hernandez
Printed Name
Telephone: 240-472-3391

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

Timothy J. Kelly /S/
Signature of Presiding Judicial Officer or By Order of the Court

04/26/2023 12:03:00
Date of Order            Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other

18. PAYEE'S NAME    Lisa Edwards
MAILING ADDRESS    *(First Name, M.I., Last Name, Including any suffix).*
18300 McKernon Way
Poolesville, MD 20837

19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE
XX-XXXXXXX

Telephone: 3054397168

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | --------- | | | | | |
| Copy | | 1881 | $1.20 | $2,257.20 | $0.00 | $2,257.20 |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED | $2,257.20 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of    Lisa Edwards /S/        Date    4/29/2023

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Carmen D. Hernandez /S/        05/02/2023 15:41:39
Signature of Attorney or Clerk          Date

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | | 24. AMOUNT APPROVED |
|---|---|---|
| Timothy J. Kelly /S/  Signature of Judicial Officer or Clerk of the Court | 05/22/2023 14:40:27  Date | $2,257.20 |

**Voucher Services Detail**

| Date | Service Type | Description | Incl. Page Numbers | No. of Pages | Rate Per Page | Apportioned | Adjusted | Total | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/8/2023 | Copy | Transcript of the AM session of the Jury Trial before Judge Kelly on 2/8/23 | 1-189 | 189 | $1.20 | $0.00 | $0.00 | $226.80 | | |
| 2/28/2023 | Copy | Transcript of the AM session of the Jury Trial before Judge Kelly on 2/28/23 | 1-166 | 166 | $1.20 | $0.00 | $0.00 | $199.20 | | |
| 3/1/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 3/1/23 | 1-180 | 180 | $1.20 | $0.00 | $0.00 | $216.00 | | |
| 3/8/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 3/8/23 | 1-179 | 179 | $1.20 | $0.00 | $0.00 | $214.80 | | |
| 3/13/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 3/13/23 | 1-202 | 202 | $1.20 | $0.00 | $0.00 | $242.40 | | |
| 3/15/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 3/15/23 | 1-187 | 187 | $1.20 | $0.00 | $0.00 | $224.40 | | |
| 3/24/2023 | Copy | Transcript of the AM session of the Jury Trial before Judge Kelly on 3/24/23 | 1-263 | 263 | $1.20 | $0.00 | $0.00 | $315.60 | | |
| 3/29/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 3/29/23 | 1-201 | 201 | $1.20 | $0.00 | $0.00 | $241.20 | | |
| 4/4/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 4/4/23 | 1-151 | 151 | $1.20 | $0.00 | $0.00 | $181.20 | | |
| 4/6/2023 | Copy | Transcript of the PM session of the Jury Trial before Judge Kelly on 4/6/23 | 1-163 | 163 | $1.20 | $0.00 | $0.00 | $195.60 | | |

**Voucher Expenses Detail**

No Expenses Reported

**Submission Notes**

Public Notes

(No Notes)

Private Notes

(No Notes)